CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Phyl Grace, Esq., SBN 171771
Chris Carson, Esq. SBN 280048
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@PotterHandy.com

Attorneys for Plaintiff Nehemiah Kong

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Nehemiah Kong,**

Plaintiff,

v.

**Silver Liquor Market and Laundryland Inc.,** a California Corporation; and Does 1-10,

Defendants.

Case No.: 2:18-cv-02322-SVW-SK

**PLAINTIFF'S WITNESS LIST**

Pretrial Conference: December 3, 2018
Time: 3:00 p.m.

Complaint Filed: March 22, 2018
Trial Date: December 11, 2018

Honorable Judge Stephen V. Wilson

Pursuant to Local Rule 16-5 and F.R.Civ.P. 26(a)(3)(A), Plaintiff Nehemiah Kong hereby submits his Witness List:

///

///

///

///

///


| NAME | EXPECTED TESTIMONY | EST. TIME FOR DIRECT |
|---|---|---|
| Nehemiah Kong | Mr. Kong will testify about (1) how the barriers at the Silver Liquor Market store prevented him access; and (2) his desire to return to Silver Liquor Market store. | 45 to 60 minutes |
| Janis Kent | Ms. Kent is a designated expert. She will testify as to compliance or non-compliance with the Americans with Disabilities Act Accessibility Guidelines and Title 24 of the California Code of Regulations, and the cost and the feasibility of removing or remediating those barriers. | 60 to 90 minutes |
| Evens Louis | Mr. Louis will testify about his inspection of the subject property and the photos he took on or about March 19, 2018. | 45 to 60 minutes |

Dated: November 12, 2018

CENTER FOR DISABILITY ACCESS

By: /s/ Chris Carson

CHRIS CARSON
Attorneys for Plaintiff