CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Phyl Grace, Esq., SBN 171771
Chris Carson, Esq. SBN 280048
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@PotterHandy.com

Attorneys for Plaintiff Nehemiah Kong

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Nehemiah Kong,**<br><br>          Plaintiff,<br><br>     v.<br><br>**Silver Liquor Market and Laundryland Inc.,** a California Corporation; and Does 1-10,<br><br>          Defendants. | ) Case No.: 2:18-cv-02322-SVW-SK<br>)<br>) **JOINT EXHIBIT LIST**<br>)<br>) Pretrial Conference: December 3, 2018<br>)   Time: 3:00 p.m.<br>)<br>)   Complaint Filed: March 22, 2018<br>)   Trial Date: December 11, 2018<br>)<br>)   Honorable Judge Stephen V. Wilson<br>) |

     Plaintiff Nehemiah Kong and Defendant Silver Liquor Market and Laundryland Inc. hereby submit, pursuant to U.S.D.C. Central District L.R. 16-6, the below list of exhibits which may be produced at trial in the above-entitled action.

///
///
///
///

1

# JOINT LIST OF EXHIBITS

| NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 1 | Plaintiff's photographs of exterior and interior of Defendant's business, taken March 19, 2018 | |
| 2 | Copy of photographs of the parking of the Store, provided by Plaintiff | |
| 3 | Copy of Plaintiff's Expert Witness's Report, dated October 28, 2018 | |
| 101 | Copy of Defendant's Expert Report, dated November 14, 2014 | |
| 102 | Copy of Declaration of David Anderson, dated October 14, 2018 | Hearsay without exception. |
| 103 | Defendant's photographs of the parking lot and interior of the Store, taken October 13, 2018 | |

Pursuant to Local Rule 5-4.3.4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: November 13, 2018        CENTER FOR DISABILITY ACCESS

By:  /s/ Chris Carson
CHRIS CARSON
Attorneys for Plaintiff

Dated: November 13, 2018        TABATABAI & MIYAMOTO, APC

By:   /s/ *Farzad Tabatabai*
FARZAD TABATABAI
Attorneys for Defendant