UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02322-SVW-SK | Date | December 3, 2018 |
|---|---|---|---|
| Title | Nehemiah Kong v. Silver Liquor Market et al | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Raymond George Ballister, Jr          Farzad Tabatabai
                                      Robert Pulone

**Proceedings:**   PRETRIAL CONFERENCE
[27] MOTION IN LIMINE to Exclude Plaintiff's Litigation History filed by Plaintiff

Conference held. The matter will proceed on December 11, 2018 at 9:00 a.m. for court trial.

:   07

Initials of Preparer   PMC